■ MARION LAVIGNE et al., Respondents, v HAROLD FEINBLOOM et al., Appellants, et al., Defendant. (Appeal No. 2.) [680 NYS2d 882] —Order unanimously affirmed without costs. Same Memorandum as in *LaVigne v Feinbloom* (255 AD2d 896 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Dismiss Pleading.) Present—Green, J. P., Lawton, Callahan, Balio and Fallon, JJ.